David Wayne STEWART, Movant,

v.

COMMONWEALTH of Kentucky,
Respondent.

Supreme Court of Kentucky.

Nov. 21, 1978.

Timothy T. Riddell, Asst. Public Defender, Frankfort, for movant.

Robert F. Stephens, Atty. Gen., Carl T. Miller, Jr., Asst. Atty. Gen., Frankfort, for respondent.

## OPINION AND ORDER

The motion of David Wayne Stewart for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered July 7, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinions in *Luttrell v. Commonwealth*, Ky., 554 S.W.2d 75 (1977), and *Whorton v. Commonwealth*, Ky., 570 S.W.2d 627 (1978).

All concur.

Frank PRATT and Lola Pratt, Movants,

v.

MOUNTAIN UTILITIES COMPANY,
INC., Respondent.

Supreme Court of Kentucky.

Nov. 21, 1978.

J. K. Wells, Wells, Porter & Schmitt, Paintsville, for movants.

Bert T. Combs, Robert I. Cusick, Jr., Tarrant, Combs & Bullitt, Louisville, Eugene C. Rice, Paintsville, for respondent.

## OPINION AND ORDER

The motion of Frank Pratt and Lola Pratt for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered April 28, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *City of Louisville v. Allen*, Ky., 385 S.W.2d 179 (1964).

All concur.